IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA, INC. | : | CIVIL ACTION |
| v. | : | No. 18-2172 |
| WHATLEY KALLAS, LLP, et al. | : | |

# ORDER

AND NOW, this 29th day of March, 2019, upon consideration of Defendants Whatley Kallas, LLP, and Whatley Kallas, LLC (collectively, Whatley), and Defendant Consumer Watchdog's (Watchdog) motions to dismiss, Plaintiff Aetna, Inc.'s opposition thereto, Whatley and Watchdog's replies, and the parties' presentations at the February 6, 2019, oral argument on the motions, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Whatley and Watchdog's motions to dismiss (Documents 15 and 38) are GRANTED insofar as the Court finds it lacks personal jurisdiction over Whatley and Watchdog. The above-captioned case shall be TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

2. Whatley's motion to stay (Document 44) is DISMISSED as moot.

3. Whatley's motion to strike (Document 50) is DISMISSED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.